No. 72–6755.  BARTLETT *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–6759.  GAY *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. D. C. Cir.  Certiorari denied.

No. 72–6760.  KENNEDY *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 72–6761.  JOHNSON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 72–6762.  SMILGUS *v.* BERGMAN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 72–6763.  ALBRIGHT *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6765.  RICO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 72–6766.  CARLTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6767.  COLE *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 72–6768.  ALLEN *v.* WARDEN, MARYLAND HOUSE OF CORRECTION.  Ct. Sp. App. Md.  Certiorari denied.

No. 72–6769.  BROWN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6775.  VITTA *v.* UNITED STATES; and
No. 72–6827.  CANGIANO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6776.  HAMILTON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 72–6779.  BANGOR *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.